UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS ALLEN DAVIS,

    Plaintiff,                                  Hon. Paul L. Maloney

v.                                           Case No. 1:23-cv-1010

JASON KUZYK, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's Ex Parte Motion for Summary Judgment. (ECF No. 3). Plaintiff recently initiated this action and now moves, ex parte, for summary judgment before Defendants have even appeared. Pursuant to 28 U.S.C. § 636(b)(1)(B), the undersigned recommends that Plaintiff's motion be denied.

## ANALYSIS

Summary judgment "shall" be granted "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). Plaintiff seeks relief on claims regarding which he will bear the burden of proof at trial. To obtain summary judgment in such a circumstance, Plaintiff must demonstrate that the facts are such that "no reasonable trier of fact could find other than for the moving party." *Calderone v. United States*, 799 F.2d 254, 259 (6th Cir. 1986). Plaintiff's motion fails for at least two reasons. First,

-1-

the Court cannot grant judgment to Plaintiff before Defendants have even appeared and had an opportunity to be heard. *See* U.S. Const. amend. XIV. Second, even if the Court could grant relief in such a circumstance, Plaintiff has failed to present evidence demonstrating he is entitled to relief. Accordingly, the undersigned recommends that Plaintiff's motion be denied.

Furthermore, Plaintiff is cautioned about filing such meritless motions. The Court expressly reserves the right to sanction Plaintiff in a manner and to the extent necessary to curb such behavior. Such sanctions may include monetary sanctions and/or recommending that Plaintiff's action be dismissed.

## CONCLUSION

For the reasons articulated herein, the undersigned recommends that Plaintiff's Ex Parte Motion for Summary Judgment (ECF No. 3) be denied.

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

Respectfully submitted,

Date: October 11, 2023                    /s/ Phillip J. Green
                                          PHILLIP J. GREEN
                                          United States Magistrate Judge