**FILED - GR**
October 26, 2023 12:45 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: _PB_ /10/26

# UNITED STATES DISTRICT COURT

### For the
### WESTERN DISTRICT OF MICHIGAN

Dennis Allen Davis a natural person
In pro per,
     Plaintiff, /                                             HON.  Paul L. Maloney

v.                                                              Case No. 1:23-cv-1010

Jason Kuzyk et al,
          Defendant /

## SEVEN DAY NOTICE OF MOTION TO ENTER DEFAULT JUDGMENT

Please take Notice pursuant to Rule 55(a) default entry has been entered against the defendant in this case. This entry request was submitted to the court clerk on October 23rd ,2023.

Please take notice that Pursuant to Rule 55(b) (1) or Rule 55(b)(2) in seven days a request for default judgment shall be made. This is your seven-day notice prior to the request for entry of the default judgment.

The defendant was served on October 4th, 2023, personal service by Department United States Marshals. The defendant on the summons had 21 days to answer the complaint.

More than 21 days have passed since the defendant received the summons and complaint and has not answered. On Thursday October 26th a request for entry of a default was submitted to the court clerk. On Thursday October 26th,2023, notice of motion to enter default judgment was sent to the defendant.

Respectfully submitted by,

Dennis Allen Davis in pro per    Date: 10  /26 /2023
A natural person