FILED - GR
November 3, 2023 11:51 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: KB /11/3

## UNITED STATES DISTRICT COURT
### For the
### WESTERN DISTRICT OF MICHIGAN

Dennis Allen Davis a natural person
In pro per,
   Plaintiff, /

v.

Jason Kuzyk et al,
   Defendant /

HON. Paul L. Maloney

Case No. 1:23-cv-1010

## MOTION FOR DEFAULT JUDGMENT

Now comes the plaintiff and motions the court Clerk to enter a default judgment in this case pursuant to Rule 55 (b) (1).

**(b) Entering a Default Judgment.**
**(1)** *By the Clerk.* If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk — on the plaintiff's request, with an affidavit showing the amount due — must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

The defendant was served on Tuesday October 4th, 2023, via personal service by Service of Department United States Marshal. The defendant on the summons had 21 days to answer the complaint.

More than 21 days have passed since the defendant received the summons and complaint and has not answered.

A default was entered on Thursday October 26th, 2023. More than seven days has passed since the default was entered. On Thursday October 26th, 2023, a Seven Day Notice of Motion to enter Default Judgment was served on the defendants via first class mail.

The plaintiff requests the court to enter a default judgment against the defendant and grant the remedies requested by the plaintiff in the case. Plaintiff requests that an order be entered for the following remedies stated within the complaint pursuant to his Request for Motion for Ex Parte Order, THE DEFENDANTS ARE BARRED BY THE ESTOPPEL DOCTRINE to at this late date to enter a defense or counter against the plaintiff. :

Respectfully submitted,

*Dennis Allen Davis*
Dennis Allen Davis in pro per   Date: 11/01/2023

## DECLARATION OF SERVICE

I Ervin LaMie, served the Motion to entry of default judgment principal/agent(s)

Jason Kuzyk the defendant 5825 Airline Rd, Fruitport, MI 49415
Fruitport Township 5825 Airline Rd, Fruitport, MI 49415
Tokio Marine HCC, Katie Toman Senior Manager, 1700 Opdyke Court, Auburn hills MI 48326

By delivering documents via first class mail, to the named above On, this 1st day of November ,2023. I state this under penalty of perjury.

I certify under PENALTY OF PERJURY under the laws of the State of Michigan that the foregoing paragraph is true and correct.

Signature *Ervin Joseph LaMie*
Ervin Joseph LaMie

Dennis Allen Davis
1868 Superior St
Muskegon, MI 49442

US Distr
110 Michi
Grand Rap




ict Court Clerk
AN St. NW
iDs, MI 49503