UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS ALLEN DAVIS,

    Plaintiff,

v.

                          Case No. 1:23-cv-1010

JASON KUZYK, et al.,               HONORABLE PAUL L. MALONEY

    Defendants.
_____/

**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  April 2, 2024                       /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge